UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WARREN, | No. 2:20-cv-0127 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| KELLY KANWAR SINGH, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: October 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
warr0127.36(3)