UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS WARREN,

          Plaintiff,

      v.

KELLY KANWAR SINGH, et al.,

          Defendants.

No. 2:20-cv-0127 TLN CKD P

ORDER

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 28) is granted; and

    2. Plaintiff is granted until July 15, 2021 to file an amended complaint. Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed without prejudice.

Dated: June 2, 2021

                                    
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
warr0127.36(7)