UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WARREN,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY KANWAR SINGH, et al.,<br><br>  Defendants. | No. 2:20-cv-0127 TLN CKD P<br><br>ORDER |

Plaintiff has filed a request for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 30) is granted.

2. Plaintiff shall file his amended complaint by August 1, 2021. Failure to file an amended complaint by that date will result in recommendation that this action be dismissed without prejudice.

Dated: July 27, 2021

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
warr0127.ext