UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WARREN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KELLY KANWAR SINGH, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0127 TLN CKD P<br><br><br>ORDER |

　　On July 27, 2021, the court granted plaintiff until August 1, 2021 to file an amended complaint. The court intended to grant plaintiff until September 1. Accordingly, IT IS HEREBY ORDERED that plaintiff is granted until September 1, 2021 to file his amended complaint. Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed without prejudice.

Dated: August 3, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/mp
warr0127.36(8)