UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WARREN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY KANWAR SINGH, et al.,<br><br>　　　　　　　Defendants. | No. 2:20-cv-0127 TLN CKD P<br><br><br>ORDER |

　　　Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 33) is granted; and

　　　2. Plaintiff is granted until October 1, 2021 to file an amended complaint. Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed.

Dated: August 12, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/mp
warr0127.36(9)