UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WARREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY KANWAR SINGH, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-00127-TLN-CKD<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 10, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 39.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 40.)

　　　　The magistrate judge recommends dismissal as Plaintiff has failed to file an amended complaint after being granted leave to do so on February 25, 2020. Since that date, Plaintiff has been granted numerous extensions of time to file his amended complaint. (ECF Nos. 9, 11, 13, 15, 17, 19, 21, 23, 25, 27, 29, 31, 34, 36, 38.) In the last order granting an extension of time, issued November 23, 2021, the magistrate judge informed Plaintiff that no further extensions

would be granted absent "extraordinary cause." (ECF No. 38.)

In his objections to the magistrate's recommendation of dismissal, Plaintiff asserts he is being denied access to the law library at his prison. (ECF No. 30.) He asserts he needs to go to the law library as persons there assist him with filing "legal papers." As indicated above, Plaintiff has now had over two years to complete his amended complaint. Nothing before the Court suggests that with the amount of access Plaintiff has had to the law library or legal assistance over the course of the last two years, Plaintiff, if he were diligent, could not have completed his amended complaint. The Court also notes that when the magistrate judge granted Plaintiff leave to amend, detailed instructions were given as to how Plaintiff might state a claim upon which he could proceed. All things considered, Plaintiff's denial of access to the law library at this late stage is not an "extraordinary circumstance" justifying giving Plaintiff more time to file an amended complaint.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations issued by the magistrate judge are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 10, 2022, are adopted in full; and
2. This action is dismissed without prejudice.

DATED: March 9, 2022

_____
Troy L. Nunley
United States District Judge

2